**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1329**

ROY SUDDUTH,

        Plaintiff - Appellant,

      v.

BRENDA VASQUEZ; CARMEN BONILLA; ROBERT C. KETTLER; MITCHELL
MITCHELL; ZARRICK VENEY; HERNANDO RODRIQUEZ; GLEN WHITE;
CRESTVIEW COMMONS, d/b/a Fields of Landmark; WILLIAM
DEARMAN; ELIJAH JOHNSON; TERRENCE D. LANGFORD; CYNTHIA
THOMPSON; KIMBERLY WADE; TALORI JOHNSON; ROY TRIESE; WILLIAM
D. EUILLE; KSI MANAGEMENT INCORPORATED; SCOTT MANAGEMENT
INCORPORATED; AMEURFINA BRAGA; MARCELO JORDAN; EVELYN
GLEASON; HAROLD MANGOLD; JOHN P. ELLIS; RICHARD V. MINIONIS;
NICOLE M. BACON; LEGAL SERVICES OF NORTHERN VIRGINIA; HOPE
MAYFIELD; BARBARA DELANDER; MARGARET N. FRENCH; BECKY J.
MOORE; DONALD M. HADDOCK, JR.; JEAN KELLEHER NIEBAUER; PAULA
A. AVILA-GUILLEN; DAVID MILLER; STEVEN PRESTON; ROSS CONLAN;
LEE A. PALMAN; ALEXANDRIA REDEVELOPMENT AND HOUSING
AUTHORITY; CITY OF ALEXANDRIA, VIRGINIA; JOHN CATLETT;
JANNINE PENNELL; ROBERT RODRIGUEZ; RUSSELL FURR; TIMOTHY
LAWMASTER; CITY OF ALEXANDRIA OFFICE OF BUILDING AND FIRE
CODE ADMINISTRATION; CITY OF ALEXANDRIA, OFFICE OF HUMAN
RIGHTS; ALEXANDRIA, VIRGINIA GENERAL DISTRICT COURT;
ALEXANDRIA SHERIFF'S DEPARTMENT; UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema,
District Judge. (1:08-cv-01106-LMB-TCB)

Submitted: September 10, 2009    Decided: September 14, 2009

Before KING, DUNCAN, and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Roy Sudduth, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Sudduth appeals the district court's order denying his motion to file an amended complaint and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sudduth v. Vasquez, No. 1:08-cv-01106-LMB-TCB (E.D. Va. Mar. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED